IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Scott, Todd S

Printed: 4/8/08

Case Number: 05 B 10001
Judge: Goldgar, A. Benjamin
Filed: 9/28/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: March 25, 2008
Confirmed: November 22, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 18,120.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 152.67 |
| Administrative: |  | 17,035.18 |
| Trustee Fee: |  | 932.15 |
| Other Funds: |  | 0.00 |
| Totals: | 18,120.00 | 18,120.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Andrew J Maxwell | Administrative | 15,330.92 | 12,957.57 |
| 2. | Forrest L Ingram | Administrative | 6,000.00 | 4,077.61 |
| 3. | AmTrust Bank | Secured | 0.00 | 0.00 |
| 4. | Toyota Motor Credit Corporatio | Secured | 0.00 | 0.00 |
| 5. | BMW Financial Services | Secured | 0.00 | 0.00 |
| 6. | Bridgeview Bank and Trust | Secured | 0.00 | 0.00 |
| 7. | Bridgeview Bank and Trust | Secured | 0.00 | 0.00 |
| 8. | AmTrust Bank | Secured | 0.00 | 0.00 |
| 9. | Internal Revenue Service | Priority | 152.67 | 152.67 |
| 10. | Andrew J Maxwell | Unsecured | 0.00 | 0.00 |
| 11. | Sallie Mae | Unsecured | 134,429.49 | 0.00 |
| 12. | Citibank | Unsecured | 8,473.63 | 0.00 |
| 13. | Sallie Mae | Unsecured | 135,928.11 | 0.00 |
| 14. | MBNA America | Unsecured | 19,547.16 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 9,023.53 | 0.00 |
| 16. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 17. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 18. | Accent Insurance Recovery | Unsecured |  | No Claim Filed |
| 19. | Pitney Bowes | Unsecured |  | No Claim Filed |
| 20. | Cinco Estrellas International | Unsecured |  | No Claim Filed |
| 21. | Foran Nasharr & O'Toole | Unsecured |  | No Claim Filed |
| 22. | Wachovia Bank | Unsecured |  | No Claim Filed |
| 23. | SBC | Unsecured |  | No Claim Filed |
| 24. | Wachovia Bank | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Scott, Todd S

Printed: 4/8/08

Case Number: 05 B 10001
Judge: Goldgar, A. Benjamin
Filed: 9/28/05

$ 328,885.51    $ 17,187.85

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 382.11 |
| 5% | 343.63 |
| 4.8% | 206.41 |
| | $ 932.15 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____